**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------

FRANK OLIVIER,

        *Plaintiff*,                            15-CV-8337 (JCG)

   v.                                        **ORDER**

COUNTY OF ROCKLAND, and
ROCKLAND COUNTY SHERIFF'S DEPARTMENT,

        *Defendants*.

-------------------------------------------------------------------

JENNIFER CHOE-GROVES, United States District Judge\*

      In conformity with the status conference held on December 16, 2019, the deadline for filing opposition to motions in limine is suspended pending referral of the action to a magistrate judge.

                                                   SO ORDERED.

                                                   /s/ Jennifer Choe-Groves \*
                                                           Judge

Dated:   December 16, 2019
            New York, New York

---

\* Judge Jennifer Choe-Groves of the United States Court of International Trade, sitting by designation.